```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

          NOV 2 0 2003

           AT SEATTLE
      CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY EVANS JACKSON, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR03-0498 FDB (BJR) <br><br> ORDER CONTINUING <br> TEMPORARY DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary detention be continued pending a detention hearing.

Dated this 20TH day of NOVEMBER, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

03-CR-00498-ORD

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970