Judge Franklin D. Burgess

FILED RECEIVED LODGED
JUN 0 8 2004
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY EVANS JACKSON,<br><br>    Defendant. | CASE NO. CR 03-498 FDB<br><br>ORDER APPOINTING U.S. MAGISTRATE JUDGE J. KELLEY ARNOLD AS SETTLEMENT JUDGE |

This Court has appointed U.S. Magistrate Judge J. Kelley Arnold to act as settlement judge in this matter. ~~Counsel are to contact Judge Arnold's law clerk, Eric Sabo, at 253-593-6751 to schedule the conference during the week of June 17-18, 2004.~~

Dated this 8th day of June, 2004.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

03-CR-00498-ORD

ORDER APPOINTING MAGISTRATE JUDGE
J. KELLEY ARNOLD AS SETTLEMENT JUDGE — 1
*United States v. Gary Evans Jackson*, Case No. CR 03-498 FDB

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970