UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>GARY EVANS JACKSON,<br><br>            Defendants. | CASE NO. CR03-498FDB<br><br>MINUTE ORDER RE:<br>SETTLEMENT CONFERENCE |

The following minute order is made by the direction of the Honorable FRANKLIN D. BURGESS, U. S. District Judge.

This matter is hereby referred to the Honorable J Kelley Arnold to conduct a settlement conference.  The settlement conference  will be held on Thursday, June 17, 2004, beginning at 9:00 a.m and concluding no later than 4:00 p.m...   Settlement briefs, not to exceed five double-spaced pages per side, will be due **(received in Tacoma)** by Noon on June 16, 2004 .  The settlement briefs must contain the following:

(1) a brief statement of the facts and issues for trial:

(2) a candid statement of the strengths and weaknesses of the party's case; and

(3) any plea offers.

The briefs may be delivered, to the attention of ***Kelly Miller,*** to the Clerk's Office at 1717 Pacific Avenue, Room 3100, Tacoma, WA. or by fax (number 253-593-6583).  ***Briefs are to be confidential and are NOT to be filed with the Clerk or served on opposing counsel***.

In addition to counsel, the Defendants are directed to be present in person.

Dated this 8th day of June 2004.

                                                      \s\ **Rhonda Miller**
                                                      Rhonda Miller
                                                      Courtroom Deputy