UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GARY EVANS JACKSON,<br><br>            Defendant. | Case No.  **CR03-498FDB**<br><br>**MINUTE ORDER**<br>**Re: Settlement Conference** |

The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

This matter was referred to the above referenced U.S. Magistrate Judge for a Settlement Conference by the Honorable Franklin D. Burgess.  This court met with Assistant United States Attorneys, Susan B. Dohrmann and John J. Lulejan; defense counsel, Brian Tsuchida; and defendant, Gary Jackson, this date.

**The parties reached a final resolution and will present a proposed plea agreement to the Honorable Franklin D. Burgess, <u>Monday, June 21, at 1:30 p.m.</u>**

**<u>The agreement will be pursuant to Criminal Rule 11 (c)(1)(C).  The parties will ask the court to delay acceptance of the agreement until the court has ruled on defendant's pending motion to dismiss.</u>**

The foregoing Minute Order entered by,  /s/ Kelly Miller   Deputy Clerk, this June 17, 2004.

MINUTE ORDER
Page - 1