Case 2:03-cr-00498-RSM   Document 37   Filed 06/22/04   Page 1 of 2

JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | NO.   CR 03-498 FDB (BJR) |
| Plaintiff,                              ) | |
|                                                ) | ORDER |
| v.                                          ) | |
| GARY EVANS JACKSON,        ) | |
| Defendant.                          ) | |

THIS COURT having reviewed the Government's Motion to Extend the Time in Which It Must Respond to Defendant's Pre-Trial Motions, the supporting Memorandum, and the Declaration of John J. Lulejian, and any response thereto,

\\
\\
\\
\\
\\
\\
\\
\\
\\

ORDER/
(Gary Evans Jackson, Case No. CR 03-498 FDB (BJR)) - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  IT IS HEREBY ORDERED that the government's motion is GRANTED. The
2 government SHALL file its responses to Defendant's Pre-Trial Motions on or before Friday,
3 June 25, 2004.

4

5  DATED this 22nd of June, 2004.

6

7

8              /s/ Franklin D Burgess
              FRANKLIN D. BURGESS
9              United States District Judge

10

11

12

13 Presented by:

14 JOHN McKAY
United States Attorney

15

s/ Susan B. Dohrmann
16 SUSAN B. DOHRMANN
17 Assistant United States Attorney
Washington Bar No. 13475
18 E-mail: Susan.Dohrmann@usdoj.gov

19

20 s/ John J. Lulejian
JOHN J. LULEJIAN
21 Assistant United States Attorney
United States Attorney's Office
22 601 Union Street, Suite 5100
23 Seattle, WA 98101-3903
Telephone:   (206) 553-7970
24 Facsimile:   (206) 553-0755
E-mail: John.Lulejian@usdoj.gov
25

26

27

28

ORDER/
(Gary Evans Jackson, Case No. CR 03-498 FDB (BJR)) - 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970