Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR03-498RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF APPEAL |
| ) | |
| GARY EVANS JACKSON, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, notice is hereby given that the United States of America, plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Ninth Circuit from the Order of the district court, filed on February 10, 2005, and entered on February 11, 2005.

DATED this 11th day of February, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

s/ *John J. Lulejian/Susan B. Dohrmann*
JOHN J. LULEJIAN
SUSAN B. DOHRMANN
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:  (206) 553-7970
Fax:  (206) 553-0755
E-mail: John.Lulejian@usdoj.gov
         Susan.Dohrmann@usdoj.gov

NOTICE OF APPEAL/JACKSON
CR03-498RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

> s/ *Bonnie R. Wolfgram*
> BONNIE R. WOLFGRAM
> Legal Assistant
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: (206) 553-2520
> FAX:   (206) 553-0755
> E-mail: bonnie.wolfgram@usdoj.gov