Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY EVANS JACKSON, ) <br> ) <br> Defendant. ) <br> ) | NO.   CR03-498RSM <br><br> STIPULATION AND REQUEST <br> FOR STATUS/DETENTION HEARING |

Notice of Appeal having been filed today by the government with respect to the district court's Order dismissing the Indictment in the above-captioned case filed February 10, 2005, and entered February 11, 2005, the parties hereby stipulate and agree that defendant shall remain in custody until the setting of a status/detention hearing. The

///

///

///

STIPULATION AND REQUEST
FOR STATUS/DETENTION HEARING/JACKSON
CR03-498RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  parties further request that the hearing be set before Judge Ricardo S. Martinez, United
2  States District Judge, on Monday, February 14, 2005, at 1:30 p.m., and that the United
3  States Marshals' Service be directed to bring the defendant to court on this date and time.
4      DATED this 11th day of February, 2005.

    Respectfully submitted,

    JOHN McKAY
    United States Attorney

    Respectfully submitted,

    s/Susan B. Dohrmann
    SUSAN B. DOHRMANN
    JOHN J. LULEJIAN
    Assistant United States Attorneys
    Washington State Bar No. 13475
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, WA 98101
    Telephone: 206.553.7970
    Fax: 206.553.0755
    E-mail: susan.dohrmann@usdoj.gov

    s/Brian A. Tsuchida
    BRIAN A. TSUCHIDA
    Assistant Federal Public Defender
    Attorney for Gary Evans Jackson
    *authorization in person 2/11/05*

STIPULATION AND REQUEST
FOR STATUS/DETENTION HEARING/JACKSON
CR03-498RSM

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

s/ Bonnie R. Wolfgram
BONNIE R. WOLFGRAM
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2520
FAX:   (206) 553-0755
E-mail: bonnie.wolfgram@usdoj.gov