| ✤AO 435<br>(Rev. 12/03)<br>*Please Read Instructions above* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1. NAME<br>John J. Lulejian/Susan B. Dohrmann | 2. PHONE NUMBER<br>(206) 553-4065 | 3. DATE<br>2/23/2005 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>700 Stewart Street, Suite 5220 | 5. CITY<br>Seattle | 6. STATE<br>WA | 7. ZIP CODE<br>98101 |
| 8. CASE NUMBER<br>CR03-498 | 9. JUDGE<br>Ricardo S. Martinez | DATES OF PROCEEDINGS | |
| | | 10. FROM 2/10/2005 | 11. 7/28/2004 |
| 12. CASE NAME<br>U.S. v. Gary Evans Jackson | | LOCATION OF PROCEEDINGS | |
| | | 13. Seattle | 14. Washington |

15. ORDER FOR
[X] APPEAL     [X] CRIMINAL     [ ] CRIMINAL JUSTICE ACT     [ ] BANKRUPTCY
[ ] NON-APPEAL [ ] CIVIL        [ ] IN FORMA PAUPERIS        [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [X] OPINION OF COURT | 2/10/2005 (Order on file) | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Oral argument on Motion to | 7/28/2004 |
| [ ] BAIL HEARING | | Dismiss (transcript on file) | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Free Copy<br>for the Court) | FIRST<br>COPY | ADDITIONAL<br>COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| | | | ESTIMATE TOTAL | | 0.00 |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE   *Susan B. Dohrmann*
19. DATE        *February 23, 2005*

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)
**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY