**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| USA, | Notice of Appeal filed: 2/11/05 |
| Plaintiff(s)/Appellee | CCA Case #: 05-30058 |
| VS. | Cross Appeal Numbers: |
| Gary E Jackson, | U.S.D.C. Case #: CR03-498RSM |
| Defendant(s)/Appellant | |

**CERTIFICATE OF RECORD**

This certificate is submitted in conformance with U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of the reporter(s) transcript(s), if any, and the U.S. District Court Clerk's record, is ready for the purpose of the appeal. This record is available for use by the parties in the office of the U.S District Court.

The documents comprising the U.S. District Court Clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

The actual filing date for the Notice of Appeal in U.S. District Court initiates the briefing schedule in civil cases (including habeas corpus cases). All parties in civil cases will receive separate notification of a Time Schedule Order from the U.S. Court of Appeals. In **criminal** cases, the briefing schedule is set by a Time Schedule Order from the U.S. District Court.

**Dated:** May 27, 2005

Transcript(s) filed: 8/11/04

**Bruce Rifkin, Clerk**

by   s/Shelly Andrew
          Appeals clerk