JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR03-0498 RSM |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION TO |
| vs. ) | DISMISS INDICTMENT AND TO |
| ) | RELEASE DEFENDANT |
| GARY EVANS JACKSON, ) | |
| Defendant. ) | |

THIS COURT has reviewed the stipulated Motion to dismiss the indictment and release the defendant, and the record in this case.

IT IS NOW THEREFORE ORDERED that the stipulated motion is granted. The indictment herein is dismissed and the defendant is ordered released from custody.

DONE this _23_ day of April 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT AND
RELEASING DEFENDANT - 1
*(GARY EVANS JACKSON)* – CR03-0498RSM

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1

2  Presented by:

3

4  s/Brian Tsuchida
   WSBA No. 14886
5  Attorney for Gary Jackson
   Federal Public Defender
6  1601 Fifth Avenue, Suite 700
   Seattle WA 98101
7  206/553-1100 voice
   206/553-0120 facsimile
8  brian_tsuchida@fd.org

9

10 Approved by:

11

12 s/John J. Lulejian
   Assistant United States Attorney
13 700 Stewart Street, Suite 5220
   Seattle, WA 98101
14

15 s/Susan B. Dohrmann
   Assistant United States Attorney
16 700 Stewart Street, Suite 5220
   Seattle, WA 98101
17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING INDICTMENT AND
RELEASING DEFENDANT - 1
*(GARY EVANS JACKSON)* – CR03-0498RSM          1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**