UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>GARY EVANS JACKSON,<br><br>Defendant - Appellee. | No. 05-30058<br>D.C. No. CR-03-00498-RSM<br><br>**JUDGMENT**<br><br>FILED — ENTERED<br>LODGED — RECEIVED<br><br>SA   APR 2 3 2007<br><br>CLERK U.S. DISTRICT COURT AT SEATTLE<br>BY WESTERN DISTRICT OF WASHINGTON<br>                                              DEPUTY |

Appeal from the United States District Court for the Western District of Washington (Seattle).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Western District of Washington (Seattle) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 03/29/07

03-CR-00498-MAN

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 2 0 2007

by: Deputy Clerk